**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 24-2135

MICHAEL SCOTT DAVIS; STETSON MANSFIELD WEBSTER,

Plaintiffs - Appellants,

v.

BRIAN RATLEDGE, in his official and individual capacity; JENNIFER BEDFORD, in her official and individual capacity; JULIE BELL, in her official and individual capacity; DAMION MCCULLERS, in his official and individual capacity,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Louise W. Flanagan, District Judge.  (5:24-cv-00440-FL)

Submitted:  January 23, 2025                         Decided:  January 28, 2025

Before WILKINSON, WYNN, and THACKER, Circuit Judges.

Dismissed in part and affirmed in part by unpublished per curiam opinion.

Michael Scott Davis, Stetson Mansfield Webster, Appellants Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Michael Scott Davis and Stetson Mansfield Webster seek to appeal the district court's order denying their motions for declaratory relief and leave to file a supplemental complaint. We deny Davis's motion to expedite, and we dismiss in part and affirm in part.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and certain interlocutory and collateral orders, 28 U.S.C. § 1292; Fed. R. Civ. P. 54(b); *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949). The portion of the order denying leave to file a supplemental complaint is neither a final order nor an appealable interlocutory or collateral order. Accordingly, we dismiss this appeal, in part, for lack of jurisdiction.

We do, however, have jurisdiction to review the portion of the order denying the Appellants' motion for emergency declaratory relief. Upon review, we discern no error in the district court's ruling that the *Rooker-Feldman*[*] doctrine precluded the court from granting declaratory relief. We therefore affirm the order to the extent that it denied declaratory relief. *Davis v. Ratledge*, No. 5:24-cv-00440-FL (W.D.N.C. Oct. 28, 2024).

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*DISMISSED IN PART,*
*AFFIRMED IN PART*

---

[*] *D.C. Ct. of Appeals v. Feldman*, 460 U.S. 462 (1983); *Rooker v. Fid. Tr. Co.*, 263 U.S. 413 (1923).

2